IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| V. | * | CRIMINAL NO. WDQ-10-0169 |
| KIMBERLY McINTOSH | * | |

## MEMORANDUM OPINION AND ORDER

The defendant, Kimberly McIntosh, sent to the undersigned judge a copy of a letter to her attorney Marc G. Hall addressing the conduct of the prosecution and the defense and her continued detention. (Copy of letter filed under seal). The undersigned judge had presided over defendant's detention hearing. A hearing was held on February 10, 2011. After the initial remarks, Clinton Fuchs, Assistant United States Attorney for the government, was excused and the Court discussed with Ms. McIntosh and her counsel, Mr. Hall, her letter of December 30, 2010. The Court fully explored her concerns in the letter. Thereafter, Ms. McIntosh affirmed her confidence in Mr. Hall's defense and disavowed any interest in appointment of new and different counsel. Further, the Court advised Ms. McIntosh as to the very limited possibility of review of detention under the existing Bail Reform Act which grounds do not appear here.

Accordingly, the Court considers this matter closed and the

1

case will proceed without any change of counsel or further action by the undersigned judge.

It is so ORDERED this 10th day of February, 2011.

/s/
Susan K. Gauvey
United States Magistrate Judge